```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Luis Antonio Guaman Guaman

    v.                                        Case No. 25-cv-188-JL-TSM

US Immigration and Customs Enforcement,
Boston Field Office Acting Director, et. al.

## JUDGMENT

    In accordance with the Endorsed Order by Judge Joseph N. Laplante dated June 4, 2025, judgment is hereby entered.

                                              By the Court:

                                              _/s/ Tracy A. Uhrin_
                                              Tracy A. Uhrin
                                              Clerk of Court

Date: June 5, 2025

cc: Counsel of Record